IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02771-WDM-KLM

JOBESTE MUSIC CO., INC., et al.,

     Plaintiffs,

v.

TRES PEROS, LLC AND
WILLIAM KENNEDY,

     Defendants.

_____

**ORDER STRIKING ANSWER**
_____

     The answer of Tres Peros, LLC (doc. No. 8) is stricken as it is signed by an alleged officer of the corporation and not an attorney authorized to practice law in this court. It is the law of this Circuit that a corporation may appear in this court only by representation of a duly licensed attorney. *Flora Construction Co. v. Fireman's Fund Insurance Co.,* 307 F.2d 413, 414 (10th Cir. 1962); D.C.COLO.LCivR 11.

     Accordingly, the "Answer" on behalf of Tres Peros, LLC is stricken.

It is further ordered that the answer as to William Kennedy is stricken for failure to comply with D.C.COLO.LCiv.R 10.1E.

DATED at Denver, Colorado, on December 21, 2009.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge